UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| JUSTIN M. ANEST, | |
|---|---|
| Plaintiff, | NO: 2:17-CV-0058-TOR |
| v. | ORDER OF DISMISSAL WITHOUT PREJUDICE, CEASE COLLECTION OF FILING FEE |
| LT. HOOPER, SGT. HILL, and SGT. VELOSKI, | |
| Defendants. | |

BEFORE THE COURT are the Magistrate Judge's Report and Recommendation to Strike First Amended Complaint, Dismiss Complaint without Prejudice, and Direct that Collection of the Filing Fee Cease (ECF No. 19), Motion to Voluntarily Dismiss Complaint (ECF No. 16), and Motion to Waive Filing Fee (ECF No. 17). No objection to the Report and Recommendation has been filed.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Report and Recommendation (ECF No. 19) is **GRANTED**.

2. Plaintiff's First Amended Complaint is **STRICKEN**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

3. Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 16) is **GRANTED**. All claims in this action are **DISMISSED without prejudice.**

4. Plaintiff's Motion to Waive Filing Fee (ECF NO. 17) is **GRANTED**. The institution having custody of Plaintiff shall cease collection of any remaining filing fee in this action.

The District Court Executive is directed to enter this Order, furnish copies to the Plaintiff and to the Spokane County Jail, Attn: Jail Office Supervisor, W. 1100 Mallon, Spokane, Washington 99260, and **CLOSE** the file.

**DATED** May 30, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2